**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date  8/09/23     Case # 23mj693     Dft #_____

Honorable Judge  S. Dave Vatti

**UNITED STATES OF AMERICA**

Deputy Clerk  Djess J.

Vs.

AUSA  Patricia Stolfi Colens

Benjamin Cohen

Counsel for Defendant  Lillian Odongo

☐ Retained    ☐ CJA    ■ FPD

Start Time  1:54    End Time  2:24

USPO  Angelica Deniz

Recess (if more than ½ hr) _____ to _____

Reporter/ECRO/FTR  COURTSMART

Interpreter_____ Language _____

Total Time _____ hours  30  minutes

Hearing held  ☒ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| ☐ Initial Appearance ____ | ■ Initial Appear. Rule 5 ____ | ☒ Detention ____ | ☐ Arraignment ____ |
| ■ Motion ____ | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

■ Arrest or ☐ Self surrender  Date  8/9/23       ■ Rule 5 charging district  DC
☐ Case Unsealed                                   ☐ Order appointing FPD
☐ Deft failed to appear                           ☐ Order appointing Attorney _____
■ CJA23 financial affidavit filed under seal      ☐ Set ATTY flag and notify grievance clerk
☒ Oral Brady Order entered and paper to issue     ☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of  ☐ NOT guilty  ☐ guilty  ☐ nolo contendere; As to counts _____
Plea agreement letter ☐ filed  ☐ under seal  ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____ ☐ due now ☐ due at sentencing

Rev. 12-9-21                                                                                   Page **1** of **2**

**ORDERS**
- ☒ Waiver of Rule 5 hearing filed
- ☐ Defendant motions due_____, Govt. responses due _____
- ☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed
- ☐ Hearing on pending motions scheduled for _____ at _____
- ☐ Jury Selection set for _____ at _____ before Judge_____
- ☐ Defendant's motion for waiver of 10-day notice filed; ☐ Granted ☐Denied ☐Advisement _____ hearing set for _____ ; continued until_____

**DETENTION**
- ☐ Govt's motion for pretrial detention filed ☐ Granted ☐Denied ☐Advisement
- ☐ Order of detention filed
- ☒ Bond set at $ 10,000  ☐ reduced to $_____ ; ☒Non-surety ☐Surety ☐Personal recognizance
- ☐ Bond ☐revoked ☐reinstated ☐continued ☐modified
- ☐ No bond set at this time
- ☐ Order of temporary detention pending hearing filed
- ☐ Defendant detained
- ☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
- ☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
- ☐ Defendant must reside at _____.
- ☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
- ☐ Defendant must surrender passport to the USPO ☐ must not apply for passport
- ☐ Defendant must refrain from possessing firearms or dangerous weapons
- ☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
- ☐ Defendant must maintain employment or actively seek employment
- ☒ As set forth in the Order Setting Conditions of Release
- ☐ Other _____

**MOTIONS**
- ☒ Motion for Unseal _____ filed by☒ USA ☐defendant, ☒granted ☐denied ☐advisement
- ☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
- ☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement
- ☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted ☐denied ☐advisement

**NOTES**
_____